**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Marguerite Latete Kilpatrick,**

                                *Petitioner*,          **Case No. 3:26-cv-080**

**v.**

                                         **District Judge Thomas M. Rose**

**The Hon. Tyson A. Crist,** *et al.*,         **Magistrate Judge Karen L. Litkovitz**

                                *Respondent.*

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 4)
AND DISMISSING THE PETITION (DOC. 1) WITH PREJUDICE**

---

Pending before the Court is a Report and Recommendation (Doc. 4) from Magistrate Judge Karen Litkowitz. The Report and Recommendation would have the Court dismiss the petition for a writ of mandamus (Doc. 1) with prejudice and certify pursuant to 28 U.S.C. § 1915(a) that an appeal of this order would not be taken in good faith. (Doc. 4). Objections were due April 13, 2026, and none have been filed.

The Court has reviewed the findings of the Magistrate Judge. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court **ADOPTS** the Report and Recommendations (Doc. 4) in its entirety. The Court **DISMISSES** the Petition (Doc. 1) with prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of this order

1

would not be taken in good faith and therefore denies Petitioner leave to appeal *in forma pauperis*. Petitioner remains free to apply to proceed *in forma pauperis* in the Court of Appeals.

  **DONE** and **ORDERED** this Tuesday, April 28, 2026.


       **s/Thomas M. Rose**

       _____

       THOMAS M. ROSE
       UNITED STATES DISTRICT JUDGE